UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA FELIX CASTANON,<br>        Plaintiff,<br>    v.<br>JEFF SESSIONS, et al.,<br>        Defendants. | Case No. 18-cv-01521-VC<br><br>**SCHEDULING ORDER AND ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 9, 10 |

    1. The government is ordered to file and serve an answer or motion to dismiss to the petition within 21 days of this order. The petitioner should file a traverse or response to the motion to dismiss 7 days after the answer or motion to dismiss is filed. The Court will order a hearing if necessary.

    2. Counsel for petitioner is ordered to show cause why he should not be sanctioned for failing to participate in the preparation of a case management statement. Petitioner's counsel must file a written response to this Order to Show Cause within 14 days of this order.

    **IT IS SO ORDERED.**

Dated: April 4, 2018

_____
VINCE CHHABRIA
United States District Judge