UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA FELIX CASTANON,<br><br>        Plaintiff,<br><br>v.<br><br>JEFF SESSIONS, et al.,<br><br>        Defendants. | Case No. 18-cv-01521-VC<br><br>**ORDER DISMISSING PETITION** |

For the reasons stated on the record, the petition is dismissed for failure to exhaust administrative remedies. If anyone is to blame for the petitioner spending the last two months in custody, it is likely her lawyers.

**IT IS SO ORDERED.**

Dated: May 17, 2018

_____
VINCE CHHABRIA
United States District Judge